Sean R. Kelly (skelly@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Telephone: (973) 622-3333

Of Counsel:
James H. Hulme, Esquire (James.Hulme@arentfox.com)
Richard J. Berman, Esquire (Richard.Berman@arentfox.com)
Taniel E. Anderson, Esquire (Taniel.Anderson@arentfox.com)
Ahmed Abdel-Rahman (Ahmed.Abdel-Rahman@arentfox.com)
Alton L. Hare (Alton.Hare@arentfox.com)
**ARENT FOX LLP**
1717 K St., N.W.
Washington, DC 20036
Telephone: (202) 857-6000

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SABINSA CORPORATION,** | |
| Plaintiff, | Civil Action No. |
| v. | (Document filed electronically) |
| **OLIVE LIFESCIENCES PVT. LTD.,** | Jury trial demanded |
| Defendant. | |

**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Sabinsa Corp. ("Sabinsa"), by and through its counsel, hereby certifies that Sabinsa is wholly owned, through various non-public entities, by Dr. Muhammed Majeed.

Dated:  June 8, 2016                              Respectfully submitted,

                                                              **SAIBER LLC**
                                                              Attorneys for Plaintiff

                                                         By: s/ Sean R. Kelly
                                                              Sean Kelly, Esquire
                                                              18 Columbia Turnpike
                                                              Suite 200
                                                               Florham Park, NJ 07932-2266
                                                              (973) 622-3333

Of Counsel:

James H. Hulme, Esquire
Richard J. Berman, Esquire
Taniel E. Anderson, Esquire
Ahmed Abdel-Rahman, Esquire
Alton L. Hare, Esquire
**ARENT FOX LLP**
1717 K St., N.W.
Washington, DC 20036
(202) 857-6000